UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| DUSTIN J. HAVENS<br><br>     Plaintiff,<br><br>v.<br><br>COMMISSIONER, SOCIAL SECURITY ADMINISTRATION<br><br>     Defendant. | Civil No. 6:23-CV-00308-MK<br><br><br><br>ORDER FOR REMAND |

Based on the stipulation between the parties it is hereby ORDERED that the above-captioned case be reversed and remanded. Upon remand, the Appeals Council will instruct an Administrative Law Judge (ALJ) to issue a new decision and instruct the ALJ to re-evaluate the evidence of record, give further consideration to the subjective symptom allegation and the residual functional capacity, and to offer Plaintiff the opportunity for a new hearing. The parties agree that reasonable attorney fees will be awarded under the Equal Access to Justice Act, 28 U.S.C. § 2412, upon proper request to the Court.

IT IS SO ORDERED this   12th   day of   July   , 2023.

                                         s/Michael J. McShane
                                         UNITED STATES DISTRICT JUDGE

Submitted by:

NATALIE K. WIGHT, OSB #035576
United States Attorney

KEVIN DANIELSON, OSB #065860
Executive Assistant United States Attorney

s/ L. Jamala Edwards
L. JAMALA EDWARDS
Special Assistant United States Attorney
of Attorneys for Defendant
(206) 615-2732